UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |  |
|---|---|---|
| In Re:<br><br>Daryl Fred Heller | Case No.: | 25-11354 |
| | Adv. No.: | 25-1117 |
| | Hearing Date: | 8/5/2025 |
| Daryl Fred Heller<br><br>v.<br><br>Reliance Platinum d/b/a Reliance Financial | Judge: | Poslusny |

AMENDED

## ORDER TO SHOW CAUSE
## FOR DISMISSAL OF ADVERSARY PROCEEDING
## FOR LACK OF PROSECUTION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 15, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

It appearing to the Court that no answer or motion in lieu of answer has been filed; and for good cause shown, it is

ORDERED that the plaintiff shall show cause on _____8/5_____, 20 25___, 2:00PM .m. in the United States Bankruptcy Court, _____400 Cooper Street Camden,_____, New Jersey, Courtroom number _4C_, before the Honorable ___Jerrold N. Poslusny, Jr.___ why this adversary proceeding should not be dismissed for lack of prosecution.  Appearances are required.

**This adversary proceeding will be dismissed if no appearance is made.**

Take further notice that if a request for entry of default, certification of service of the summons and complaint, certification in support of default judgment, and form of default judgment under Fed. R. Bankr. P. 7055 are filed no less than seven (7) days before the return date, no appearance shall be necessary and this order shall be vacated.

*Rev. 7/1/04; jml*