| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on August 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, Plaintiff* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>      Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |
| DARYL FRED HELLER,<br><br>      Plaintiff,<br>v.<br><br>RELIANCE PLATINUM d/b/a RELIANCE FINANCIAL; WF VELOCITY FUND V, LLC; PRESTIGE FUND D V, LLC; PRESTIGE FUND D, III, LLC; PRESTIGE FUND D, LLC; PRESTIGE FUND B V, LLC; PRESTIGE FUND B IV, LLC; PRESTIGE FUND B II, LLC; PRESTIGE FUND B, LLC,<br><br>      Defendants. | Adv. Proc. No. 25-01117 (JNP) |

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

    The relief set forth on the following page,

**DATED: August 5, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THIS MATTER** having been presented to the Court by Plaintiff, Daryl Fred Heller, by and through his counsel, McManimon, Scotland & Baumann, LLC to dismiss the above-captioned adversary proceeding against the Defendants, Reliance Platinum d/b/a Reliance Financial; WF Velocity Fund V, LLC; Prestige Fund D V, LLC; Prestige Fund D, III, LLC; Prestige Fund D, LLC; Prestige Fund B V, LLC; Prestige Fund B IV, LLC; Prestige Fund B II, LLC; Prestige Fund B, LLC (collectively, the "Defendants") and the Court having considered the request, it is hereby:

**ORDERED** that the above-captioned adversary proceeding is hereby dismissed with prejudice as to the Defendants.

4907-4887-3818, v. 1