Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re: Daryl Fred Heller
Debtor

Case No.: 25–11354–JNP
Chapter 11

Daryl Fred Heller
Plaintiff

v.

Reliance Platinum d/b/a Reliance Financial
Defendant

Adv. Proc. No. 25–01117–JNP            Judge: Jerrold N. Poslusny Jr.

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on N/A.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 6, 2025
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk